IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA, | 1:07-CV-0469 LJO WMW PC |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a a certified copy of this prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2).  However, plaintiff has not provided the court with a copy of his application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.   Plaintiff will be provided the opportunity to either pay the $350.00 filing fee, or submit an application for leave to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     April 17, 2007**                                  /s/  **William M. Wunderlich**
                                                                            UNITED STATES MAGISTRATE JUDGE