# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny James Cohea, ) | No. CV 1-07-00469-SRB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| California Department of Corrections and Rehabilitation, et al. ) | |
| Defendants. ) | |

Plaintiff's appeal having been dismissed by the Court of Appeals for failure to pay the docketing/filing fees;

IT IS ORDERED denying as moot Plaintiff's Motion for an Order Requiring the Court Clerk to Photocopy the Civil Record for Preparing Appellate Briefing as moot (Doc. 33).

DATED this 16th day of March, 2011.

_____
Susan R. Bolton
United States District Judge